**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern  District of New York
             (State)

Case number (*If known*): _____  Chapter 7

☑ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                               12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☑ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Richardson Foods Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Richardson Brands Company

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   2 0 – 4 3 6 5 8 1 1
   EIN

5. **Debtor's address**

   **Principal place of business**

   14          East 47th Street
   Number      Street

   c/o Founders Equity I, LP

   New York            NY    10017
   City                State  ZIP Code

   New York
   County

   **Mailing address, if different**

   _____
   Number      Street

   _____
   P.O. Box

   _____  _____  _____
   City            State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   100         Erie Boulevard
   Number      Street

   _____

   Canajoharie         NY    13317
   City                State  ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor  __Richardson Foods Inc._____     Case number (*if known*)_____
         Name

| 6. | **Debtor's website** (URL) | www.richardsonbrands.com |
|---|---|---|

| 7. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
|   |   | ❏ Partnership (excluding LLP) |
|   |   | ❏ Other type of debtor. Specify: _____ |

| 8. | **Type of debtor's business** | *Check one:* |
|---|---|---|
|   |   | ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
|   |   | ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
|   |   | ❏ Railroad (as defined in 11 U.S.C. § 101(44)) |
|   |   | ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
|   |   | ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
|   |   | ❏ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
|   |   | ■ None of the types of business listed. |
|   |   | ❏ Unknown type of business. |

| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ■ No |
|---|---|---|
|   |   | ❏ Yes. Debtor _____  Relationship _____ |
|   |   | District _____ Date filed _____ Case number, if known _____ |
|   |   | MM / DD / YYYY |
|   |   | Debtor _____  Relationship _____ |
|   |   | District _____ Date filed _____ Case number, if known _____ |
|   |   | MM / DD / YYYY |

### Part 3: Report About the Case

| 10. | **Venue** | *Check one:* |
|---|---|---|
|   |   | ■ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
|   |   | ❏ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
|---|---|---|
|   |   | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
|   |   | *At least one box must be checked*: |
|   |   | ■ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
|   |   | ❏ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ■ No |
|---|---|---|
|   |   | ❏ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

| Debtor | Richardson Foods Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Doge Capital, LLC | Debt | $ 117,459.52 |
| Three Oaks Advisors, LLC | Monitoring Fee | $ 3,335.62 |
| Randall Talcott | Debt | $ 9,405.60 |
| | Total of petitioners' claims | $ 130,200.73 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Doge Capital, LLC
Name

P.O. Box 6980
Number  Street

Jackson      WY      83002
City         State   ZIP Code

Name and mailing address of petitioner's representative, if any

Michael Barry
Name

222 West Adams Street, Suite 3125
Number  Street

Chicago      IL      60606
City         State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/08/2020
             MM / DD / YYYY

X /s/ Michael Barry
Signature of petitioner or representative, including representative's title

**Attorneys**

Christopher F. Graham
Printed name

Eckert Seamans Cherin & Mellott, LLC
Firm name, if any

10 Bank Street
Number  Street

White Plains    NY    10606
City            State ZIP Code

Contact phone (914) 286-6443   Email cgraham@eckertseamans.com

Bar number

State  New York

X /s/ Christopher F. Graham
Signature of attorney

Date signed  05/15/2020
             MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 3

| Debtor | Richardson Foods Inc. | Case number (if known) |
|---|---|---|

**Name and mailing address of petitioner**
Three Oaks Advisors, LLC
1901 S. Calumet Ave., Unit 801
Chicago, IL 60616

**Name and mailing address of petitioner's representative, if any**
Randall Talcott
1901 S. Calumet Ave., Unit 801
Chicago, IL 60616

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/26/2020

X _[signature]_
Signature of petitioner or representative, including representative's title

Christopher F. Graham
Printed name
Eckert Seamans Cherin & Mellott, LLC
Firm name, if any
10 Bank Street
White Plains, NY 10606
Contact phone (914) 286-6443    Email cgraham@eckertseamans.com
Bar number
State New York

X /s/ Christopher F. Graham
Signature of attorney
Date signed 05/15/2020

---

**Name and mailing address of petitioner**
Randall Talcott
1901 S. Calumet Ave., Unit 801
Chicago, IL 60616

**Name and mailing address of petitioner's representative, if any**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/26/2020

X _[signature]_
Signature of petitioner or representative, including representative's title

Christopher F. Graham
Printed name
Eckert Seamans Cherin & Mellott, LLC
Firm name, if any
10 Bank Street
White Plains, NY 10606
Contact phone (914) 286-6443    Email cgraham@eckertseamans.com
Bar number
State New York

X /s/ Christopher F. Graham
Signature of attorney
Date signed 05/15/2020